12519

**FILED**

SEP 0 3 2019

Clerk, U.S District Court
District Of Montana
Great Falls

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| UNITED STATES OF AMERICA, | VIOLATION: 7354057 |
|---|---|
| **Plaintiff,** | **Location Code: M13** |
| vs. | |
| **JORDAN D. CHANCE,** | **ORDER** |
| **Defendant.** | |

Based upon the United States' unopposed motion to accept the defendant's payment of a $45 fine and $30 processing fee for violation 7354057 (for a total of $75), and for good cause shown,

IT IS ORDERED that the $75 fine ($45 fine and $30 processing fee) paid by the defendant is accepted as a full adjudication of violation 7354057.

IT IS FURTHER ORDERED that the initial appearance scheduled for September 12, 2019, is VACATED.

DATED this 3 day of September, 2019.

John T. Johnston
United States Magistrate Judge